United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40459
Summary Calendar
_____

KENNETH BARNETT,

                                        Plaintiff-Appellant,

versus

FORMOSA PLASTICS CORPORATION OF TEXAS,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:04-CV-40
--------------------

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:*

    This appeal is from a district court's grant of summary
judgment in favor of an employer in a race discrimination case.
Appellant contends that the district court incorrectly applied
*Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133 (2000),
and erred in finding no genuine issues of material fact with
respect to his failure to promote claim.

    After consideration of the briefs and record on appeal, our
de novo review leads us to the inescapable conclusion that the

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court correctly granted summary judgment.  We affirm essentially for the reasons set forth in the memorandum and order of the district court dated March 9, 2005.

AFFIRMED.